UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE RAMOS**

------------------------------ x

UNITED STATES OF AMERICA

       - v. -

ERIC ROHR,

              Defendant.

------------------------------ x

19 CRIM 595

NOTICE OF INTENT TO
FILE AN INFORMATION

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            August 19, 2019

                            GEOFFREY S. BERMAN
                            United States Attorney

                      By: _____
                            Jordan Estes
                            Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/19

AGREED AND CONSENTED TO:

By: _____
     Gregory S. Bruch, Esq.
     Attorney for Eric Rohr