UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/19
```

------------------------------------- X

UNITED STATES OF AMERICA :

    -v- : **SEALED ORDER**

ERIC ROHR, : 19 Cr. 595 (ER)

    Defendant. :

------------------------------------- X

    WHEREAS an application has been made by the United States of America, with the defendant's consent, for the temporary sealing of filings and other docket entries in the above-captioned case, and the captioning of the case as United States v. John Doe in the public docket, and

    WHEREAS, the Court finds that active investigations and operations may be compromised if the Government's application is not granted;

    IT IS HEREBY ORDERED that filings and other docket entries in the above-captioned case be filed under seal, and the case shall be captioned as United States v. John Doe in the public docket, until further order by this Court;

    IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further Order by this Court;

    IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the Information and transcript of proceedings in this matter without further Order by the Court;

IT IS FURTHER ORDERED that the Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

Dated: New York, New York
       August 26, 2019

_____
THE HONORABLE EDGARDO RAMOS
United States District Judge
Southern District of New York