CT. EX. #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - 1 9 CRIM 595

```
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :
                                   :   19 Cr. ___ (ER)
ERIC ROHR,                         :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - -x
```

Defendant Eric Rohr, who is accused of violating (1)

Title 18, United States Code, Section 371; (2) Title 18, United

States Code, Section 1349; (3) Title 15, United States Code,

Sections 78j(b) and 78ff and Title 17, Code of Federal

Regulations, Section 240.10b-5; and Title 18, United States,

Code, Section 2; (4) Title 18, United States Code, Sections 1343

and 2; and (5) Title 18, United States Code, Sections 1344 and

2, having being advised of the nature of the charges and of his

rights, hereby waives, in open Court, prosecution by indictment

and consents that the proceeding may be by information instead

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8\23\19

of by indictment.

Dated:      New York, New York
            August 23, 2019

_____

Defendant

_____

Witness

Gregory Bruch, Esq.
Counsel for Defendant

2