

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 26, 2020

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Eric Rohr*, 19 Cr. 595 (ER)

Dear Judge Ramos:

    The Government writes, with consent of defense counsel, to respectfully request that the sentencing control date scheduled in the above-captioned matter for August 26, 2020, be adjourned for one year. As Your Honor is aware, the defendant is cooperating with the Government, but his cooperation is not yet complete. Specifically, the Government anticipates that the defendant may be called as witness to testify in *United States v. Michael Hild*, 19 Cr. 602 (RA), which is scheduled for trial before Judge Abrams in April 2021.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

By:    /s/_____
    Scott Hartman / Jordan Estes
    Assistant United States Attorneys
    (212) 637-2357/2543

cc:    *Counsel of Record* (by ECF)