

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/9/2022

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 8, 2022

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Eric Rohr*, 19 Cr. 595 (ER)

Dear Judge Ramos:

The Government writes, with consent of defense counsel, to respectfully request that the sentencing control date scheduled in the above-captioned matter for March 9, 2022, be adjourned for six months. As Your Honor is aware, the defendant is cooperating with the Government. The defendant testified in the trial of *United States v. Michael Hild*, 19 Cr. 602 (RA), but the sentencing of Michael Hild has been adjourned pending the decision on Hild's motion for a judgment of acquittal or a new trial. Because the defendant's cooperation is expected to continue through the sentencing of Hild, the Government respectfully requests that the defendant's sentencing be adjourned for six months.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   ____/s/_____
Scott Hartman / Jordan Estes
Assistant United States Attorneys
(212) 637-2357/2543

cc:   *Counsel of Record* (by ECF)

---

The sentencing control date is adjourned to September 14, 2022 at 2 p.m.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  3/9/2022
New York, New York